# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

JOHN JACKSON GARRISON,           )
                                 )
            Petitioner,          )
                                 )
      v.                         )    No. CIV-04-218-S
                                 )
RON WARD, Warden,                )
                                 )
            Respondent.          )

## ORDER

On July 20, 2007, the United States Magistrate Judge for this District filed Findings and Recommendations in this case. Respondent filed an objection to the Findings.

The Court finds the record before it specifically documents and supports the Findings and Recommendations of the United States Magistrate Judge that this action be in all respects granted.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be **affirmed**.

Accordingly, the writ of habeas corpus shall issue, unless within one hundred twenty (120) days of the entry of this Order the State grants Petitioner a new trial or, in the alternative, orders his permanent release from custody. See Smith v. Secretary of N.M. Department of Corrections, 50 F.3d 801, 835 (10th Cir. 1995).

**IT IS SO ORDERED** this 20th day of August 2007.

Frank H. Seay
United States District Judge